UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN M. CERNIGLIA,

    Plaintiff,

vs.                                                   Case No. 0:23-cv-62067-WPD

DAVID J. GIANNONE, INC., d/b/a
COMPLETE MARINE,

    Defendant,

and

NAUTICSTAR, LLC,

    Defendant.
_____/

DAVID J. GIANNONE, INC., d/b/a
COMPLETE MARINE,

    Cross-Plaintiff,

and

NAUTICSTAR, LLC,

    Cross-Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Cross-Plaintiff, David J. Giannone, Inc., d/b/a Complete Marine ("Complete Marine") by and through his undersigned counsel, advises the Court that a settlement in principal has been reached with respect to its crossclaims against Cross-Defendant NauticStar, LLC ("NauticStar"). The parties intend on filing a Rule 41(a)(1)(A)(ii) dismissal of the cross-claims after finalizing a written agreement

*Complete Marine v Nauticstar*
*Case No.: 0:23-cv-62067*
*Notice of Settlement*

memorializing the terms of the settlement. As such, counsels for Complete Marine and NauticStar respectfully request that this Court extend the deadline set forth on the Show Cause Order dated March 26, 2025 by an additional week and making the deadline to show cause April 10, 2025 should, in the unlikely event, the parties not be able to finalize the wording of a written agreement.

Dated this March 27, 2025.

| | |
|---|---|
| ___/s/ Adam Balkan_____ | ___/s/ Alberto Orizondo_____ |
| **ADAM M. BALKAN, ESQ.** | **ALBERTO H. ORIZONDO, ESQ.** |
| Florida Bar No.: 0044880 | Florida Bar.: 70176 |
| **BALKAN PATTERSON & CHARBONNET** | **RASCO KLOCK & NIETO** |
| 1877 S. Federal Highway, Suite 100 | 2555 Ponce de Leon Blvd., Suite 600 |
| Boca Raton, FL 33432 | Coral Gables, FL 33134 |
| Telephone:    (561) 750-9191 | Telephone: (305) 476-7100 |
| adam@balkanpatterson.com | aorizondo@rascoklock.com |
| *Counsel for Cross Plaintiff* | *Counsel for Cross Defendant* |